CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 14 2005

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| WILLIAM C. THOMPSON, | ) |
| Plaintiff, | ) Case No. 1:05CV00102 |
| v. | ) **OPINION** |
| VIRGINIA DEPARTMENT OF GAME AND INLAND FISHERIES, ET AL., | ) By: James P. Jones<br>) Chief United States District Judge |
| Defendants. | ) |

The plaintiff William C. Thompson has submitted an application for leave to proceed in forma pauperis in connection with the filing of a pro se civil suit.

In his Complaint, Thompson alleges that employees of the Virginia Department of Game and Inland Fisheries ("VDGIF") and the Virginia Attorney General's office have conspired to thwart his various civil rights complaints involving the VDGIF. Thompson apparently filed complaints with the United States Department of the Interior alleging that VDGIF had discriminated against him on the basis of disability with reference to hunting rights and permits.

While I will permit the Complaint to be filed in forma pauperis, it will be dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(ii) (West Supp. 2005) for failure to state a claim on which relief may be granted. The allegations of the Complaint are

insufficient to allege any actionable conspiracy. For example, the fact that Thompson claims that employees of VDGIF watched him "at the library" to see if he did in fact use a cane is not a sufficient allegation of unlawful conspiracy.

A separate order consisted with this Opinion will be entered herewith.

ENTER: November 10, 2005

/s/ James P. Jones
Chief United States District Judge

- 2 -

Case 1:05-cv-00102-JPJ   Document 3   Filed 11/14/05   Page 2 of 2   Pageid#: 12